JAMES TRYON, Respondent, v. DECATUR STRATTON and L. B. VAIL, Appellants.

No. 924; January 22, 1856.

**Reference.**—A Referee must, in His Report, state the facts found and the conclusions of law.

APPEAL from Eleventh Judicial District, Yolo County.

Cross & Thompson for respondent; Reed & Aukeny for appellants.

TERRY. J.—The report of the referee in this case does not state the facts found by him. In the case of Lambert v. Smith & McGilrey, 3 Cal. 408, the court held "that" the report of a referee like the finding of a court should state the facts found and the conclusions of law. Without this the parties would be remediless and their rights concluded in many cases by the arbitrary decision of a referee.

The judgment of the court below is reversed and the cause remanded.

I concur: Heydenfeldt, J.